# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                    Case No. 4:17-cr-00279-04 KGB

STACY DESHAWN GALL                                                                        DEFENDANT

## ORDER

Before the Court is defendant Stacy Deshawn Gall's motion for compassionate release and/or reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) and Mr. Gall's *pro se* declaration in support of the motion (Dkt. Nos. 176; 177). The government responded in opposition (Dkt. No. 180). Mr. Gall replied to the response (Dkt. No. 181). In his motion, Mr. Gall asserts that he has chronic obstructive pulmonary disease, chronic kidney disease, high cholesterol, sleep apnea, dermatitis, is obese, and has been a smoker for 35 years (Dkt. No. 177, at 2).

In its response, the government asserts that Mr. Gall has been fully vaccinated and "the availability of a vaccine makes it impossible to conclude that the risk of COVID-19 is 'extraordinary and compelling' reason for immediate release." (Dkt. No. 180, at 5 (citing *United States v. Broadfield*, ___ F.4th ___, 2021 WL 3076863, at *2 (7th Cir. July 21, 2021)). The government also maintains that Mr. Gall tested positive for COVID-19 in December 2020 and recovered without any indication in his medical records that he experienced a severe illness or even that he reported any symptoms or ongoing problems associated with the virus (*Id*., at 6). The government did not provide Mr. Gall's medical records to the Court.

Mr. Gall has responded that as a result of COVID-19, he has lower kidney function and pain on the lower right side of his back (Dkt. No. 181, at 5). Mr. Gall also asserts that he has COPD, which can be made "permanently worse from COVID infections." (*Id*., at 6).

The Court finds that a review of Mr. Gall's medical records may be helpful to understanding his request for compassionate release, and, because the government is in the best position to provide Mr. Gall's BOP medical records to the Court under seal, it is ordered to do so within 14 days of receiving this order.

It is so ordered this 14th day of December, 2021.

Kristine G. Baker
United States District Judge